**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6602**

─────────────

DARNELL J. SLAY,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-00-652-2)

─────────────

Submitted: September 20, 2001     Decided: September 26, 2001

─────────────

Before LUTTIG, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Darnell J. Slay, Appellant Pro Se. Virginia Bidwell Theisen, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darnell J. Slay seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Slay v. Angelone, No. CA-00-652-2 (E.D. Va. filed Apr. 5, 2001; entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED